FILED
2014 Sep-02  PM 03:58
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| Martin Perrusquia, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. CV-14- BE-1542-S |
| | ) | |
| El Poblano Mexican Restaurant, Inc. | ) | |
| and Fidel Castro | ) | |
| | ) | |
| Defendants. | ) | |

**Corporate Disclosure Statement of El Poblano Mexican Restaurant, Inc.**

Defendant, El Poblano Mexican Restaurant, Inc., files, pursuant to Fed. R. Civ. Proc. 7.1, its disclosure statement stating that there is no parent corporation or any publicly held corporation owning 10% or more of its stock or interests.

*/s/Lewis W. Page, Jr.*
LEWIS W. PAGE, JR.
Attorney for Defendants El Poblano Mexican
Restaurant, Inc. and Fidel Castro

Page Law Firm, LLC
Freedom Center
1933 Richard Arrington, Jr. Blvd. South, Suite 100
Birmingham, AL 35209-1262
205-939-3900
205-939-1300 (Facsimile)
Lewis.page@pagelaw.net

CM/ECF CERTIFICATE OF SERVICE

       I hereby certify that on September 2, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to the following:

E. Nathan Harris, Esq.
Barber Harris, LLC
1560 Montgomery Highway, Suite 207
Birmingham, AL 35216

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

None.

                                             */s/Lewis W. Page, Jr.*
                                             Of Counsel